**USDC Provisional Crown Patients**
August 1, 2012 to April 1, 2014

|    | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|----|---|---|---|---|
| 1  | | xxxx0996 | 524 | $ 104,800.00 |
| 2  | | xxxx3837 | 487 | $ 97,400.00 |
| 3  | | xxxx7926 | 391 | $ 78,200.00 |
| 4  | | xxxx6914 | 367 | $ 73,400.00 |
| 5  | | xxxx2442 | 365 | $ 73,000.00 |
| 6  | | xxxx8919 | 362 | $ 72,400.00 |
| 7  | | xxxx9734 | 362 | $ 72,400.00 |
| 8  | | xxxx2831 | 357 | $ 71,400.00 |
| 9  | | xxxx7747 | 352 | $ 70,400.00 |
| 10 | | xxxx3505 | 347 | $ 69,400.00 |
| 11 | | xxxx9532 | 331 | $ 66,200.00 |
| 12 | | xxxx9803 | 323 | $ 64,600.00 |
| 13 | | xxxx0399 | 315 | $ 63,000.00 |
| 14 | | xxxx6291 | 315 | $ 63,000.00 |
| 15 | | xxxx4940 | 314 | $ 62,800.00 |
| 16 | | xxxx9441 | 313 | $ 62,600.00 |
| 17 | | xxxx7178 | 306 | $ 61,200.00 |
| 18 | | xxxx7984 | 306 | $ 61,200.00 |
| 19 | | xxxx5916 | 295 | $ 59,000.00 |
| 20 | | xxxx7763 | 288 | $ 57,600.00 |
| 21 | | xxxx5944 | 278 | $ 55,600.00 |
| 22 | | xxxx9876 | 275 | $ 55,000.00 |
| 23 | | xxxx5860 | 270 | $ 55,225.00 |
| 24 | | xxxx3772 | 263 | $ 52,600.00 |
| 25 | | xxxx5567 | 251 | $ 50,200.00 |
| 26 | | xxxx0582 | 246 | $ 49,200.00 |
| 27 | | xxxx2911 | 240 | $ 48,000.00 |
| 28 | | xxxx5353 | 238 | $ 47,600.00 |
| 29 | | xxxx1680 | 235 | $ 47,000.00 |
| 30 | | xxxx6975 | 233 | $ 46,600.00 |
| 31 | | xxxx3544 | 231 | $ 46,200.00 |
| 32 | | xxxx6388 | 221 | $ 44,200.00 |
| 33 | | xxxx8974 | 219 | $ 43,800.00 |
| 34 | | xxxx6596 | 217 | $ 43,400.00 |
| 35 | | xxxx0102 | 216 | $ 44,425.00 |
| 36 | | xxxx2012 | 212 | $ 42,400.00 |
| 37 | | xxxx3210 | 203 | $ 40,600.00 |
| 38 | | xxxx8803 | 202 | $ 40,400.00 |
| 39 | | xxxx0819 | 201 | $ 40,152.00 |
| 40 | | xxxx1204 | 195 | $ 39,000.00 |
| 41 | | xxxx8498 | 191 | $ 38,200.00 |

| | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|---|---|---|---|---|
| 42 | | xxxx6131 | 186 | $ 37,200.00 |
| 43 | | xxxx1940 | 185 | $ 37,000.00 |
| 44 | | xxxx1785 | 184 | $ 36,800.00 |
| 45 | | xxxx9335 | 179 | $ 35,800.00 |
| 46 | | xxxx9093 | 178 | $ 35,600.00 |
| 47 | | xxxx4858 | 178 | $ 35,600.00 |
| 48 | | xxxx5081 | 176 | $ 35,200.00 |
| 49 | | xxxx4191 | 176 | $ 35,200.00 |
| 50 | | xxxx0892 | 174 | $ 34,800.00 |
| 51 | | xxxx2657 | 171 | $ 34,200.00 |
| 52 | | xxxx0858 | 170 | $ 34,000.00 |
| 53 | | xxxx1013 | 169 | $ 33,800.00 |
| 54 | | xxxx8398 | 167 | $ 62,625.00 |
| 55 | | xxxx8037 | 167 | $ 33,400.00 |
| 56 | | xxxx0276 | 167 | $ 33,400.00 |
| 57 | | xxxx3599 | 166 | $ 33,200.00 |
| 58 | | xxxx1404 | 165 | $ 33,000.00 |
| 59 | | xxxx7025 | 164 | $ 32,800.00 |
| 60 | | xxxx3632 | 159 | $ 31,800.00 |
| 61 | | xxxx7873 | 158 | $ 31,600.00 |
| 62 | | xxxx7275 | 154 | $ 30,800.00 |
| 63 | | xxxx7673 | 152 | $ 30,400.00 |
| 64 | | xxxx8481 | 149 | $ 29,800.00 |
| 65 | | xxxx4368 | 149 | $ 29,800.00 |
| 66 | | xxxx0380 | 148 | $ 29,600.00 |
| 67 | | xxxx4013 | 147 | $ 31,500.00 |
| 68 | | xxxx6564 | 146 | $ 29,200.00 |
| 69 | | xxxx5969 | 144 | $ 28,800.00 |
| 70 | | xxxx4145 | 144 | $ 28,800.00 |
| 71 | | xxxx1726 | 142 | $ 28,400.00 |
| 72 | | xxxx4611 | 142 | $ 58,575.00 |
| 73 | | xxxx8686 | 141 | $ 28,200.00 |
| 74 | | xxxx3415 | 141 | $ 28,200.00 |
| 75 | | xxxx5787 | 139 | $ 27,800.00 |
| 76 | | xxxx6332 | 139 | $ 27,800.00 |
| 77 | | xxxx1644 | 138 | $ 27,600.00 |
| 78 | | xxxx4184 | 134 | $ 26,800.00 |
| 79 | | xxxx1022 | 132 | $ 26,400.00 |
| 80 | | xxxx2663 | 131 | $ 26,200.00 |
| 81 | | xxxx2918 | 130 | $ 26,000.00 |
| 82 | | xxxx5215 | 126 | $ 25,200.00 |
| 83 | | xxxx3944 | 125 | $ 25,000.00 |
| 84 | | xxxx4627 | 125 | $ 25,000.00 |
| 85 | | xxxx8749 | 122 | $ 24,400.00 |

| | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|---|---|---|---|---|
| 86 | | xxxx6150 | 121 | $ 24,200.00 |
| 87 | | xxxx4676 | 119 | $ 23,800.00 |
| 88 | | xxxx1939 | 114 | $ 22,800.00 |
| 89 | | xxxx3679 | 113 | $ 22,600.00 |
| 90 | | xxxx7601 | 113 | $ 46,612.50 |
| 91 | | xxxx8363 | 110 | $ 22,000.00 |
| 92 | | xxxx8993 | 109 | $ 21,800.00 |
| 93 | | xxxx1726 | 108 | $ 21,600.00 |
| 94 | | xxxx8374 | 108 | $ 21,600.00 |
| 95 | | xxxx1973 | 108 | $ 21,600.00 |
| 96 | | xxxx5777 | 107 | $ 21,400.00 |
| 97 | | xxxx7190 | 106 | $ 21,200.00 |
| 98 | | xxxx2567 | 106 | $ 21,200.00 |
| 99 | | xxxx0194 | 105 | $ 21,000.00 |
| 100 | | xxxx0890 | 102 | $ 20,400.00 |
| 101 | | xxxx3642 | 97 | $ 19,925.00 |
| 102 | | xxxx2140 | 95 | $ 20,575.00 |
| 103 | | xxxx4631 | 93 | $ 18,600.00 |
| 104 | | xxxx6307 | 90 | $ 18,000.00 |
| 105 | | xxxx3037 | 90 | $ 18,000.00 |
| 106 | | xxxx5013 | 88 | $ 17,600.00 |
| 107 | | xxxx5961 | 87 | $ 17,400.00 |
| 108 | | xxxx9733 | 86 | $ 17,200.00 |
| 109 | | xxxx4831 | 85 | $ 17,000.00 |
| 110 | | xxxx7692 | 85 | $ 17,000.00 |
| 111 | | xxxx0046 | 84 | $ 16,800.00 |
| 112 | | xxxx3594 | 81 | $ 16,200.00 |
| 113 | | xxxx6839 | 80 | $ 16,000.00 |
| 114 | | xxxx5949 | 78 | $ 15,600.00 |
| 115 | | xxxx0284 | 78 | $ 15,600.00 |
| 116 | | xxxx0760 | 76 | $ 15,200.00 |
| 117 | | xxxx5868 | 74 | $ 14,800.00 |
| 118 | | xxxx6604 | 74 | $ 14,800.00 |
| 119 | | xxxx1701 | 72 | $ 14,400.00 |
| 120 | | xxxx9575 | 71 | $ 14,200.00 |
| 121 | | xxxx2755 | 70 | $ 14,000.00 |
| 122 | | xxxx2160 | 70 | $ 14,000.00 |
| 123 | | xxxx7715 | 69 | $ 13,800.00 |
| 124 | | xxxx5319 | 68 | $ 13,600.00 |
| 125 | | xxxx3891 | 67 | $ 13,400.00 |
| 126 | | xxxx7400 | 66 | $ 13,200.00 |
| 127 | | xxxx6307 | 63 | $ 12,600.00 |
| 128 | | xxxx4030 | 62 | $ 12,400.00 |
| 129 | | xxxx4151 | 61 | $ 12,200.00 |

|  | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|---|---|---|---|---|
| 130 |  | xxxx6468 | 61 | $ 12,200.00 |
| 131 |  | xxxx5945 | 61 | $ 12,200.00 |
| 132 |  | xxxx1851 | 60 | $ 12,000.00 |
| 133 |  | xxxx7238 | 59 | $ 11,800.00 |
| 134 |  | xxxx3704 | 58 | $ 11,600.00 |
| 135 |  | xxxx7623 | 58 | $ 13,875.00 |
| 136 |  | xxxx0923 | 57 | $ 11,400.00 |
| 137 |  | xxxx8095 | 56 | $ 11,200.00 |
| 138 |  | xxxx9096 | 55 | $ 11,000.00 |
| 139 |  | xxxx5582 | 55 | $ 11,000.00 |
| 140 |  | xxxx1045 | 53 | $ 10,600.00 |
| 141 |  | xxxx5588 | 53 | $ 10,600.00 |
| 142 |  | xxxx5862 | 52 | $ 10,400.00 |
| 143 |  | xxxx0387 | 52 | $ 10,400.00 |
| 144 |  | xxxx0208 | 52 | $ 10,400.00 |
| 145 |  | xxxx9795 | 51 | $ 10,200.00 |
| 146 |  | xxxx4124 | 51 | $ 10,200.00 |
| 147 |  | xxxx8273 | 51 | $ 10,200.00 |
| 148 |  | xxxx3017 | 50 | $ 10,000.00 |
| 149 |  | xxxx5594 | 49 | $ 11,900.00 |
| 150 |  | xxxx1515 | 48 | $ 18,000.00 |
| 151 |  | xxxx0983 | 47 | $ 9,400.00 |
| 152 |  | xxxx9981 | 45 | $ 9,000.00 |
| 153 |  | xxxx7878 | 45 | $ 9,000.00 |
| 154 |  | xxxx7808 | 44 | $ 16,500.00 |
| 155 |  | xxxx8524 | 44 | $ 8,800.00 |
| 156 |  | xxxx1688 | 44 | $ 8,800.00 |
| 157 |  | xxxx3056 | 44 | $ 8,800.00 |
| 158 |  | xxxx3311 | 43 | $ 8,600.00 |
| 159 |  | xxxx6446 | 42 | $ 8,750.00 |
| 160 |  | xxxx4197 | 42 | $ 8,400.00 |
| 161 |  | xxxx2142 | 41 | $ 8,200.00 |
| 162 |  | xxxx7295 | 40 | $ 8,000.00 |
| 163 |  | xxxx2192 | 40 | $ 8,000.00 |
| 164 |  | xxxx7247 | 40 | $ 8,000.00 |
| 165 |  | xxxx4774 | 40 | $ 8,000.00 |
| 166 |  | xxxx3639 | 40 | $ 16,500.00 |
| 167 |  | xxxx8097 | 39 | $ 7,800.00 |
| 168 |  | xxxx6429 | 39 | $ 7,800.00 |
| 169 |  | xxxx0840 | 38 | $ 7,600.00 |
| 170 |  | xxxx9064 | 37 | $ 7,400.00 |
| 171 |  | xxxx2971 | 36 | $ 7,200.00 |
| 172 |  | xxxx9174 | 36 | $ 13,500.00 |
| 173 |  | xxxx7864 | 36 | $ 7,200.00 |

| | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|---|---|---|---|---|
| 174 | | xxxx2310 | 35 | $ 7,000.00 |
| 175 | | xxxx3275 | 34 | $ 8,900.00 |
| 176 | | xxxx8429 | 34 | $ 6,800.00 |
| 177 | | xxxx7677 | 33 | $ 6,600.00 |
| 178 | | xxxx8862 | 32 | $ 6,400.00 |
| 179 | | xxxx6051 | 32 | $ 6,400.00 |
| 180 | | xxxx6353 | 32 | $ 6,400.00 |
| 181 | | xxxx4529 | 32 | $ 6,400.00 |
| 182 | | xxxx2892 | 32 | $ 6,400.00 |
| 183 | | xxxx0394 | 31 | $ 6,200.00 |
| 184 | | xxxx2007 | 29 | $ 5,800.00 |
| 185 | | xxxx6181 | 29 | $ 5,800.00 |
| 186 | | xxxx7478 | 29 | $ 5,800.00 |
| 187 | | xxxx9794 | 29 | $ 5,975.00 |
| 188 | | xxxx9407 | 28 | $ 5,600.00 |
| 189 | | xxxx9462 | 28 | $ 5,600.00 |
| 190 | | xxxx0608 | 27 | $ 5,400.00 |
| 191 | | xxxx4251 | 27 | $ 10,125.00 |
| 192 | | xxxx8920 | 27 | $ 5,400.00 |
| 193 | | xxxx1662 | 27 | $ 5,400.00 |
| 194 | | xxxx6067 | 26 | $ 5,200.00 |
| 195 | | xxxx0896 | 26 | $ 5,200.00 |
| 196 | | xxxx0953 | 25 | $ 5,000.00 |
| 197 | | xxxx3956 | 25 | $ 5,000.00 |
| 198 | | xxxx8941 | 25 | $ 5,000.00 |
| 199 | | xxxx9812 | 24 | $ 4,800.00 |
| 200 | | xxxx7164 | 24 | $ 4,800.00 |
| 201 | | xxxx5585 | 24 | $ 4,800.00 |
| 202 | | xxxx2008 | 23 | $ 4,600.00 |
| 203 | | xxxx7761 | 23 | $ 4,600.00 |
| 204 | | xxxx2631 | 23 | $ 4,600.00 |
| 205 | | xxxx7594 | 22 | $ 4,400.00 |
| 206 | | xxxx7862 | 22 | $ 4,400.00 |
| 207 | | xxxx7568 | 21 | $ 4,200.00 |
| 208 | | xxxx9178 | 20 | $ 4,000.00 |
| 209 | | xxxx4934 | 20 | $ 4,000.00 |
| 210 | | xxxx6080 | 20 | $ 4,000.00 |
| 211 | | xxxx2345 | 20 | $ 4,000.00 |
| 212 | | xxxx5257 | 20 | $ 4,000.00 |
| 213 | | xxxx8729 | 19 | $ 3,800.00 |
| 214 | | xxxx6656 | 19 | $ 3,800.00 |
| 215 | | xxxx2437 | 19 | $ 3,800.00 |
| 216 | | xxxx4993 | 19 | $ 3,800.00 |
| 217 | | xxxx9574 | 18 | $ 5,875.00 |

| | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|---|---|---|---|---|
| 218 | | xxxx4727 | 18 | $ 3,600.00 |
| 219 | | xxxx3310 | 17 | $ 3,400.00 |
| 220 | | xxxx1384 | 17 | $ 3,400.00 |
| 221 | | xxxx7934 | 17 | $ 3,400.00 |
| 222 | | xxxx4497 | 16 | $ 3,200.00 |
| 223 | | xxxx9156 | 16 | $ 3,200.00 |
| 224 | | xxxx8628 | 16 | $ 3,200.00 |
| 225 | | xxxx0473 | 16 | $ 3,200.00 |
| 226 | | xxxx8722 | 16 | $ 3,200.00 |
| 227 | | xxxx4755 | 15 | $ 3,000.00 |
| 228 | | xxxx9101 | 15 | $ 5,100.00 |
| 229 | | xxxx4161 | 15 | $ 3,000.00 |
| 230 | | xxxx0342 | 14 | $ 2,800.00 |
| 231 | | xxxx1972 | 14 | $ 5,250.00 |
| 232 | | xxxx1399 | 14 | $ 2,800.00 |
| 233 | | xxxx1656 | 14 | $ 2,800.00 |
| 234 | | xxxx6436 | 13 | $ 2,600.00 |
| 235 | | xxxx9022 | 12 | $ 2,400.00 |
| 236 | | xxxx8399 | 12 | $ 2,400.00 |
| 237 | | xxxx0052 | 12 | $ 4,500.00 |
| 238 | | xxxx5939 | 11 | $ 2,200.00 |
| 239 | | xxxx1105 | 11 | $ 4,125.00 |
| 240 | | xxxx3742 | 11 | $ 2,200.00 |
| 241 | | xxxx7484 | 10 | $ 2,000.00 |
| 242 | | xxxx7655 | 9 | $ 1,800.00 |
| 243 | | xxxx1930 | 9 | $ 1,800.00 |
| 244 | | xxxx4719 | 9 | $ 1,800.00 |
| 245 | | xxxx9580 | 9 | $ 1,800.00 |
| 246 | | xxxx4292 | 9 | $ 1,800.00 |
| 247 | | xxxx6965 | 9 | $ 1,800.00 |
| 248 | | xxxx7155 | 8 | $ 1,600.00 |
| 249 | | xxxx8643 | 8 | $ 1,600.00 |
| 250 | | xxxx4646 | 8 | $ 1,600.00 |
| 251 | | xxxx5263 | 8 | $ 1,600.00 |
| 252 | | xxxx6429 | 8 | $ 1,600.00 |
| 253 | | xxxx8076 | 8 | $ 1,600.00 |
| 254 | | xxxx5064 | 8 | $ 1,600.00 |
| 255 | | xxxx6616 | 7 | $ 1,400.00 |
| 256 | | xxxx6541 | 6 | $ 1,200.00 |
| 257 | | xxxx8607 | 6 | $ 2,250.00 |
| 258 | | xxxx2881 | 6 | $ 1,200.00 |
| 259 | | xxxx7601 | 6 | $ 1,200.00 |
| 260 | | xxxx1150 | 6 | $ 1,200.00 |
| 261 | | xxxx7576 | 6 | $ 1,200.00 |

|  | PATIENT NAME | MEDICAID NUMBER | NUMBER OF PROVISIONAL CROWNS | PAID AMOUNT |
|---|---|---|---|---|
| 262 |  | xxxx3114 | 6 | $ 1,200.00 |
| 263 |  | xxxx7707 | 5 | $ 1,000.00 |
| 264 |  | xxxx6764 | 5 | $ 1,000.00 |
| 265 |  | xxxx6713 | 5 | $ 1,875.00 |
| 266 |  | xxxx2165 | 5 | $ 1,875.00 |
| 267 |  | xxxx2686 | 5 | $ 1,000.00 |
| 268 |  | xxxx1971 | 5 | $ 1,000.00 |
| 269 |  | xxxx7802 | 5 | $ 1,000.00 |
| 270 |  | xxxx7427 | 5 | $ 2,062.50 |
| 271 |  | xxxx8954 | 4 | $ 800.00 |
| 272 |  | xxxx7825 | 4 | $ 800.00 |
| 273 |  | xxxx0319 | 4 | $ 1,500.00 |
| 274 |  | xxxx0934 | 4 | $ 1,500.00 |
| 275 |  | xxxx4296 | 4 | $ 1,500.00 |
| 276 |  | xxxx5620 | 4 | $ 800.00 |
| 277 |  | xxxx9026 | 3 | $ 600.00 |
| 278 |  | xxxx9569 | 3 | $ 600.00 |
| 279 |  | xxxx9435 | 3 | $ 1,125.00 |
| 280 |  | xxxx6258 | 3 | $ 600.00 |
| 281 |  | xxxx8127 | 3 | $ 600.00 |
| 282 |  | xxxx9645 | 3 | $ 1,125.00 |
| 283 |  | xxxx3088 | 3 | $ 1,125.00 |
| 284 |  | xxxx0594 | 2 | $ 400.00 |
|  | **GRAND TOTAL** |  | **26,351** | **$ 5,421,227.00** |